UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEONTA WALKER, <br> Petitioner, <br> v. <br> CHRISTIAN PFEIFFER, Warden, <br> Respondent. | Case No. 5:17-cv-01931-DMG (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 26, 2019

_____
DOLLY M. GEE
United States District Judge